# United States Court of Appeals
### For The District of Columbia Circuit

No. 07-7100　　　　　　　　　　　　　September Term 2007

06cv00542

Filed On: April 15, 2008

Albert C. Eckardt,

　　Appellant

　　v.

State of Florida,

　　Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6, 27, 08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**　Sentelle, Chief Judge, and Henderson and Tatel, Circuit Judges

### ORDER

　　Upon consideration of the court's order to show cause filed November 7, 2007, the response, and the supplement thereto, it is

　　**ORDERED** that the order to show cause be discharged. It is

　　**FURTHER ORDERED**, on the court's own motion, that the appeal be dismissed. The district court dismissed appellant's case without prejudice by order entered on March 27, 2006, and denied appellant leave to file an amended complaint on April 21, 2006. The notice of appeal was filed on June 1, 2007, beyond the 60-day appeal period provided by Fed. R. App. P. 4(a). It is

　　**FURTHER ORDERED** that to the extent appellant seeks a petition for writ of mandamus to compel the district court to file his amended complaint, appellant has not shown a "clear and indisputable right to the relief sought." See <u>Gulfstream Aerospace Corp. v. Mayacamas Corp.</u>, 485 U.S. 271, 289 (1988).

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk